IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *    CRIMINAL NO. MJM-23-411 |
| ADANEGBE GIFT OSEMWENKHAE, | * |
| EMILY GIL ARIAS, | * |
| FATOUMATA BOIRO, | * |
| LAKEISHA PARKER, | * |
| MARTIN OGISI, | * |
| BLONDEL NDJOUANDJOUAKA, | * |
| KEVIN COLON, | * |
| LORENA PEREZ HERRERA, | * |
| Defendants. | ******* |

**ORDER**

Upon consideration of the Motion for an Order Concerning Speedy Trial Status, and the entire record in this case, on this  5th  day of   March    2024, the Court states as follows:

1) Based on the facts proffered in the motion, the Court hereby finds that the interests of justice, including but not limited to the production and review of discovery, discussions between the parties, and possible plea negotiations, served by the delay from February 23, 2024, to May 23, 2024, outweighs the interests of the defendants and of the public in a speedy trial, thereby satisfying the requirements of 18 U.S.C. § 3161(h)(7);

2) The Court further finds that requiring trial within the 70 days set forth in the Speedy Trial Act would deny counsel for the defendants and the attorney for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, thereby satisfying the ends of justice requirements set forth in 18 U.S.C. § 3161(h)(7); and

3) The Court hereby **ORDERS** that the time from February 23, 2024, to May 23, 2024, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(7).

**SO ORDERED**.

/S/
_____
**Honorable Matthew J. Maddox**
**United States District Judge**